ACCEPTED
03-15-00497-CV
6484755
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/6/2015 4:23:46 PM
JEFFREY D. KYLE
CLERK

03-15-00497-CV

8/6/2015 4:23:46 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-14-004669
Patricia Winkler

CAUSE NO. D-1-GN-14-004669

| | | |
|---|---|---|
| CHARLES L. FARRIS | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>8/13/2015 1:52:53 PM |
| | § | |
| vs. | § | TRAVIS COUNTY, TEXAS |
| | § | JEFFREY D. KYLE<br>Clerk |
| KAREN E. LANDA, | § | |
| | § | |
| **Defendant.** | § | **98TH JUDICIAL DISTRICT** |

## DEFENDANT KAREN E. LANDA'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Karen Landa, hereby gives notice of her desire to appeal this Court's Denial of Defendant's Special Appearance and states as follows:

1. The style of the case in the trial court is as follows: Cause No. D-1-GN-14-004669; *Charles L. Farris v. Karen E. Landa;* 98th Judicial District Court, Travis County.

2. On July 21, 2015, Judge Gielsa D. Triana signed an Order Denying Defendant's Special Appearance.

3. Defendant Karen Landa desires to appeal from the Interlocutory Order denying the Special Appearance pursuant to CIV. PRAC. & REM. CODE 51.014(a)(7).

4. Appeal is taken to the Third Court of Appeals.

5. This notice is filed by Defendant Karen E. Landa.

6. This is an accelerated appeal. This is not a restricted appeal.

Notice of Appeal
Page 1

Respectfully submitted,

HANCE SCARBOROUGH, LLP
450 W 15th Street, Suite 950
Austin, Texas 78701
Telephone: 512.479.8888
Facsimile: 512.482.6891

By: _____
Terry L. Scarborough
State Bar No. 17716000
tscaroborough@hslawmail.com
V. Blayre Peña
State Bar No. 24050372
bpena@hslawmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel and/or parties of record as set forth below on this the _____ day of August, 2015 to wit:

**VIA FACSIMILE**
Guillermo Ochoa-Cronfel
THE CRONFEL FIRM
2700 Bee Cave road, Suite 103
Austin, Texas 78746
512-347-9600
512-347-9911 fax

_____
Terry L. Scarborough

Notice of Appeal
Page 2